IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NETTIE L. ALLEN                                                                                               PLAINTIFF

v.                                         Case No. 4:12CV00358 DPM-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                        DEFENDANT

## **ORDER**

Pending before the Court is Plaintiff's Motion to Proceed *In Forma Pauperis* (DE #1). Plaintiff lists monthly expenses totaling $1,021.25, but the application does not indicate any source(s) of income. Therefore, the application is incomplete. The Court hereby directs Plaintiff to supplement her application to provide this information within fourteen days of this Order.

IT IS SO ORDERED this 15th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE