IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


NETTIE L. ALLEN                                                                    PLAINTIFF

v.                                    Case No. 4:12CV00358 JTK

CAROLYN W. COLVIN, *Commissioner*,
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed.

This case is hereby dismissed with prejudice.

SO ADJUDGED this 7th day of May, 2013.


_____
UNITED STATES MAGISTRATE JUDGE